IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE GRAY CASUALTY & SURETY COMPANY | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO.: 3:22-CV-1365 |
| TGX LOGISTICS INC., ET AL. | § § § | |
| Defendants | § | |

## THE GRAY CASUALTY & SURETY COMPANY'S
## COMPLAINT IN INTERPLEADER

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff The Gray Casualty & Surety Company (hereinafter "Gray" or "Stakeholder"), and in support of its Complaint In Interpleader, alleges the following:

### I.       PARTIES

1.       Gray is a Louisiana surety company with a principal place of business located in the State of Louisiana and authorized to do business in the State of Texas.

2.       TGX Logistics Inc. is the principal on the bonds at issue in this matter and is an Illinois for-profit corporation with its principal place of business in Carpentersville, IL. TGX Logistics Inc. can be served by serving its Registered Agent, Marton Aszalos at 180 S. Western Ave., Carpentersville, IL 60110.

3.       Made Defendants in Interpleader, or claimants, herein are:

a.       A.J. Transportation, LLC is a Rhode Island for-profit limited liability company with its principal place of business in Lincoln, RI, claiming through WEX Capital

LLC, who is also a named Defendant in Interpleader in this matter. A.J. Transportation, LLC can be served by serving its Registered Agent, Northwest Registered Agent, LLC at 47 Wood Ave., Suite 2, Barrington, RI 02806.

b. Aladdin Financial, Inc. is a South Dakota for-profit corporation with its principal place of business in Sioux Falls, SD. Aladdin Financial, Inc. can be served by serving its Registered Agent, Scott Keogh at 1201 W. Russell St., Sioux Falls, SD.

c. Alexander, Winton & Associates, Inc. is a Mississippi for-profit corporation with is principal place of business in Olive Branch, MS. Alexander, Winton & Associates, Inc. can be served by serving its Registered Agent, Will Thomas Allen at 8709 Kerri Ruth Rd., Hernando, MS 38632.

d. All Ways Auto Transport, LLC dba AW Transport is an Illinois for-profit limited liability company with its principal place of business in Homer Glen, IL. All Ways Auto Transport, LLC dba AW Transport can be served by serving its Registered Agent, Yordan G. Georgiev at 15806 Annico Dr. Ste. 8, Homer Glen, IL 60491.

e. Alpha Interstate Transport Inc. is a California for-profit corporation with its principal place of business in Manteca, CA, claiming through Express Freight, who is also a named Defendant in Interpleader in this matter. Alpha Interstate Transport Inc. can be served by serving its Registered Agent, Harpreet Singh at 574 Button Ave., Apt. 171, Manteca, CA 95336.

f. AM2PM Transport LLC is a Florida limited liability company with its principal place of business in Pembroke Pines, FL, claiming through Thunder Carrier Services, LLC, who is also a named Defendant in Interpleader in this matter. AM2PM

Transport can be served by serving its Registered Agent, Valdes Thelusma at 15857 SW 16th Street, Pembroke Pines, FL 33027.

g.     AMA Logistics Inc. is an Illinois for-profit corporation with its principal place of business in Bolingbrook, IL, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter.  AMA Logistics Inc. can be served by serving its Registered Agent, Arturas Pivoris at 4 Swan Cir., Bolingbrook, IL 60440.

h.     APH Quality Transport LLC is a Georgia for-profit limited liability company with its principal place of business in Snellville, GA, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. APH Quality Transport LLC can be served by serving its Registered Agent, Adil Emanual at 1381 Cedar Heights Dr., Stone Mountain, GA 30083.

i.     APL Cargo, Inc. is an Illinois for-profit corporation with its principal place of business in Wolcott, IN, claiming through WEX Capital LLC, who is also a named Defendant in Interpleader in this matter.  APL Cargo, Inc. can be served by serving its Registered Agent, Stefan Trifan at 11738 W. US Hwy 24, Wolcott, IN, 47995.

j.     Asquare Freight, Inc. is an Illinois for-profit corporation with its principal place of business in Elk Grove Village, IL, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter.  Asquare Freight, Inc. can be served by serving its Registered Agent, Adrijan Sabolcki at 700 Nicholas Blvd., Ste. 106, Elk Grove Village, IL 60007.

k.     Atlas and Avion Carrier Solutions LLC is an Iowa for-profit limited liability company with its principal place of business in Coralville, IA, claiming through TRU

Funding, LLC, who is also a named Defendant in Interpleader in this matter. Atlas and Avion Carrier Solutions LLC can be served by serving its Registered Agent, Andreja Ilic at 2461 Tenth Street, Suite 105, Coralville, IA 52241.

l.     Balkan Express, LLC is a Texas for-profit limited liability company with its principal place of business in Fort Worth, TX, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. Balkan Express, LLC can be served by serving its Registered Agent, Zlatan Karic at 7312 Rock Garden Trail, Fort Worth, TX 76123.

m.     Baxter Bailey & Associates, Inc. is a Mississippi for-profit corporation with its principal place of business in Southaven, MS. Baxter Bailey & Associates, Inc. can be served by serving its Registered Agent, CT Corporation Systems at 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

n.     Bayer Trans Inc. is a Texas for-profit corporation with its principal place of business in Irving, TX, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. Bayer Trans Inc. can be served by serving its Registered Agent, Zacharia A. Ibrahim at 1404 Brown Trail, Ste. A, Bedford, TX 76022.

o.     BC Factoring LLC dba Bridge Capital Business Service is a Tennessee for-profit limited liability company with its principal place of business in Memphis, TN. BC Factoring LLC dba Bridge Capital Business Service can be served by serving its Registered Agent, Ray Bergin at 1669 Kirby Parkway, Ste. 202, Memphis, TN 38120.

p.     Best Friends Logistics Inc. is a California for-profit corporation with its principal place of business in Glendale, CA, claiming through RG Capital Group, Inc., who is also a named Defendant in Interpleader in this matter. Best Friends Logistics Inc. can

be served by serving its Registered Agent, Davit Mkhitaryan at 800 E. Windsor Rd., Apt. 9, Glendale, CA 91205.

q.      Better Trucking LLC is a New Jersey for-profit limited liability company with its principal place of business in Roselle, NJ, claiming through Phoenix Capital Group, who is also a named Defendant in Interpleader in this matter.  Better Trucking LLC can be served by serving its Registered Agent, Rupert Pond at 535 Hory St., Roselle, NJ 07203.

r.      BIH L.L.C. is a Michigan for-profit limited liability company with its principal place of business in Lansing, MI, claiming through Firstline Funding Group, who is also a named Defendant in Interpleader in this matter.  BIH L.L.C. can be served by serving its Registered Agent, Mujo Avdic at 5755 Joshua St., Lansing, MI 48911.

s.      Bisson Transportation, Inc. is a Maine for-profit corporation with its principal place of business in Westbrook, ME, claiming through Baxter Bailey & Associates, Inc., who is also a named Defendant in Interpleader in this matter. Bisson Transportation, Inc. can be served by serving its Registered Agent, Roger A. Clement, Jr. at P.O. BOX 586, Portland, ME 04112.

t.      Bonanza Investment LLC is a Florida for-profit limited liability company with its principal place of business in Miami, FL, claiming through Firstline Funding Group, who is also a named Defendant in Interpleader in this matter.  Bonanza Investment LLC can be served by serving its Registered Agent, Domingo Maldonado at 5727 NW 7th St., Suite 311-AB, Miami, FL 33126.

u.      BR Cargo Solution, LLC is an Illinois for-profit limited liability company with its principal place of business in Clarendon Hills, IL, claiming through Compass

Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. BR Cargo Solution, LLC can be served by serving its Registered Agent, United States Corporation Agents, Inc. at 500 N. Michigan Ave., Ste 600, Chicago, IL 60611.

v. BSL Express Trucking, Inc. is an Illinios for-profit corporation with its principal place of business in Romeoville, IL. BSL Express Trucking, Inc. can be served by serving its Registered Agent, Olha Mormul at 1445 W. Touhy Ave., Apt. 6B, Park Ridge, IL 60068.

w. C.D.C. Transportation, Inc. is a Florida for-profit corporation with its principal place of business in Pembroke Pines, FL, claiming through Summar Financial LLC, who is also a named Defendant in Interpleader in this matter. C.D.C. Transportation, Inc. can be served by serving its Registered Agent, Rafael Quintero at 21113 Johnson St., Suite 117, Pembroke Pines, FL 33029.

x. Capital Depot Inc. is an Illinois for-profit corporation with its principal place of business in Morton Grove, IL. Capital Depot Inc. can be served by serving its Registered Agent, Nick Tanglis at 2290 Holly Ct., Northbrook, IL 60062.

y. CD Consortium Corp. is an Illinois for-profit corporation with its principal place of business in Morton Grove, IL. CD Consortium Corp. can be served by serving its Registered Agent, Nick Tanglis at 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

z. CFS, Inc. dba ComFreight Haulpay is a Delaware for-profit corporation with its principal place of business in Long Beach, CA. CFS, Inc. dba ComFreight Haulpay can be served by serving its Registered Agent, Stephen Kochan at 235 East Broadway, Ste. 725, Long Beach, CA 90802.

aa.     CH Logistics Corp. is an Illinois for-profit corporation with its principal place of business in Oak Lawn, IL, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter.  CH Logistics Corp. can be served by serving its Registered Agent, Halawa IL Registered Agent Ltd. at 7000 W. 111th St., Ste. 205 Worth, IL 60482.

bb.     Compass Funding Solutions, LLC is an Illinois for-profit limited liability company with its principal place of business in Morton Grove, IL. Compass Funding Solutions, LLC can be served by serving its Registered Agent, Arleesia McDonald at 115 W. 55th Street, Fl. 4, Clarendon Hills, IL 60514.

cc.     Compass United Carrier LLC is an Illinois for-profit limited liability company with its principal place of business in Justice, IL, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. Compass United Carrier LLC can be served by serving its Registered Agent, Arleesia L. Mcdonald at 115 55th St., 4th Floor, Clarendon Hills, IL 60514.

dd.     Confianca Logistics LLC is a Florida for-profit limited liability company with its principal place of business in Doral, FL, claiming through Oak Hill Capital Corp. dba Four Winds Capital Group, who is also a named Defendant in Interpleader in this matter.  Confianca Logistics LLC can be served by serving its Registered Agent, Luciano Alberto Dos Santos Gomes at 1345 NW 98th Ct., Suite 9, Doral, FL 33172.

ee.     Connect Freight Inc. is an Illinois for-profit corporation with its principal place of business in Markham, IL.  Connect Freight Inc. can be served by serving its Registered Agent, Milos Dimitrijevic at 2200 W. 159th St., Markham, IL 60428.

ff.     Constellation Freight & Logistics LLC is an Arizona for-profit limited liability company with its principal place of business in Sierra Vista, AZ, claiming through Tetra Capital, LLC, who is also a named Defendant in Interpleader in this matter. Constellation Freight & Logistics LLC can be served by serving its Registered Agent, Eric Arthur Bousquet at 5485 Canteria Ct, Sierra Vista, AZ 85635.

gg.     CoreLogic Credco, LLC is a Delaware for-profit limited liability company with its principal place of business in San Diego, CA. CoreLogic Credco, LLC can be served by serving its Registered Agent, Corporation Service Company at 2710 Gateway Oaks Dr., Ste. 150N, Sacramento, CA 95833.

hh.     Dallas Trucking LLC is a Dallas for-profit limited liability company with its principal place of business in Farmers Branch, TX, claiming through T Bancshares, Inc. fka Integra Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. Dallas Trucking LLC can be served by serving its Registered Agent, Rubojo Gakuba at 2707 Realty Road, Suite 300, Carrollton, TX 75006.

ii.     Dirre Trucking, LLC is a Georgia for-profit limited liability company with its principal place of business in Norcross, GA. Dirre Trucking, LLC can be served by serving its Registered Agent, Samson Gizaw at 3225 Wyntree Dr., Norcross, GA 30071.

jj.     DM International LLC is a Michigan for-profit limited liability company with its principal place of business in Clinton Township, MI, claiming through Firstline Funding Group, who is also a named Defendant in Interpleader in this matter. DM International LLC can be served by serving its Registered Agent, Danilo Masanovic at 20450 Naves Dr., Clinton Township, MI 48038.

kk.     Dreamers on the Road LLC is a Florida for-profit limited liability company with its principal place of business in Hialeah, FL, claiming through G.H. Factor, LLC, who is also a named Defendant in Interpleader in this matter.  Dreamers on the Road LLC can be served by serving its Registered Agent, Dayessi Oropesa at 221 W. 31 St., Hialeah, FL 33012.

ll.     E D Express, Inc. is an Ohio for-profit corporation with its principal place of business in Loveland, OH.  E D Express, Inc. can be served by serving its Registered Agent, Edgar Kirakosyan at 3116 W. Montgomery Rd., Suite C, #231, Maineville, OH 45039.

mm.     Eagle Radovish LLC is an Illinois for-profit limited liability company with its principal place of business in Oswego, IL, claiming through RTS Financial Service, Inc., who is also a named Defendant in Interpleader in this matter.  Eagle Radovish LLC can be served by serving its Registered Agent, Alpha Registered Agent LLC at 4123 Joliet Ave., Lyons, IL 60534.

nn.     eCapital Freight Factoring (East) Corp. is a Texas for-profit corporation with its principal place of business in Austin, TX.  eCapital Freight Factoring (East) Corp. can be served by serving its Registered Agent, Corporation Service Company at 211 E. 7th Street, Suite 620, Austin, TX 78701.

oo.     Ed's Enterprise Limited Liability Company is a New Jersey for-profit limited liability company with its principal place of business in Newton, PA, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter.  Ed's Enterprise Limited Liability Company can be served by serving its Registered Agent, Eduard M. Temirezov at 490 Riverveiw Dr., Totowa, NJ 07512.

pp.     Efficient Trucking Incorporated is a Pennsylvania for-profit corporation with its principal place of business in Feasterville Trevose, PA, claiming through CD Consortium Corp., who is also a named Defendant in Interpleader in this matter. Efficient Trucking Incorporated can be served by can be served by sending service of process to its registered address 807 Sterner Mill Rd., Feasterville Trevose, PA 19053.

qq.     Emmanuel Truck Service, LLC is a Florida for-profit limited liability company with its principal place of business in Thrall, TX. Emmanuel Truck Service, LLC can be served by serving its Registered Agent, Fail Safe Accounting LLC at 20 S. Rose Ave., Suite 4, Kissimmee, FL 34741.

rr.     EMR Express, Inc. is an Illinois for-profit corporation with its principal place of business in Overland Park, KS, claiming through RTS Financial Service, Inc., who is also a named Defendant in Interpleader in this matter. EMR Express, Inc. can be served by serving its Registered Agent, Edvinas Ramoska at 17040 Swallow Ln., Orland Park, IL 60467.

ss.     Eshon Express LLC is a Connecticut for-profit limited liability company with its principal place of business in New Britain, CT, claiming through Firstline Funding Group, who is also a named Defendant in Interpleader in this matter. Eshon Express LLC can be served by serving its Registered Agent, Sayhomid Nazaralizoda at 25 Linden Street, #2, New Britain, CT, 06051.

tt.     Express Freight Finance Co., LLC dba Express Freight Finance is a Utah for-profit limited liability company with its principal place of business in Bountiful, UT. Express Freight Finance Co., LLC dba Express Freight Finance can be served by serving

its Registered Agent, CT Corporation System at 1108 E. South Union Ave., Midvale, UT 84047.

uu.     F & J Express Inc. is a California for-profit corporation with its principal place of business in Fontana, CA claiming through WEX Capital LLC, who is also a named Defendant in Interpleader in this matter.  F & J Express Inc. can be served by serving its Registered Agent, Yong Bian at 10681 Production Ave., Fontana, CA  92337.

vv.     F & J Trucking LLC is a Texas for-profit limited liability company with its principal place of business in Red Oak, TX, claiming through Treadstone Capital LLC, who is also a named Defendant in Interpleader in this matter.  F & J Trucking LLC can be served by serving its Registered Agent, Fred Ezell Jr. at 1209 Old Oak Road, Cedar Hill, TX 75104.

ww.     FHK Logistics, Inc. is a California for-profit corporation with its principal place of business in Baldwin Park, CA.  FHK Logistics, Inc. can be served by serving its Registered Agent, Ziwen Cheng at 3811 Torrey St., Baldwin Park, CA 91706.

xx.     First Bank & Trust dba FirstLine Funding Group is a South Dakota for-profit bank (corporation) with its principal place of business in Brookings, SD.  First Bank & Trust dba FirstLine Funding Group can be served by serving its President, Kevin Tetzlaff at 520 6th Street, Brookings, SD 57006.

yy.     FleetOne, L.L.C. is a Delaware for-profit limited liability company with its principal place of business in Wilimgton, DE.  FleetOne, L.L.C. can be served by serving its Registered Agent, Corporation Service Company at 251 Little Falls Drive, Wilimgton, DE 19808.

zz.     Forsage, Inc. is an Illinois for-profit corporation with its principal place of business in Bolingbrook, IL.  Forsage, Inc. can be served by serving its Registered Agent, Vadim Sauca at 838 Bluestem Dr., Bolingbrook, IL, 60440.

aaa.     Franck Transportation Corp is a Florida for-profit corporation with its principal place of business in Miami, FL, claiming through Baxter Bailey & Associates, Inc., who is also a named Defendant in Interpleader in this matter.  Franck Transportation Corp can be served by serving its Registered Agent, Francy Calero Neira at 11830 SW 189 St., Miami, FL 33177.

bbb.     Freight Dispatch Service Inc. is a Florida for-profit corporation with its principal place of business in Doral, FL, claiming through WEX Capital LLC, who is also a named Defendant in Interpleader in this matter.  Freight Dispatch Service Inc. can be served by serving its Registered Agent, Marlon M. Morato at 8880 NW 20th St., Suite J, Doral, FL 33172.

ccc.     G.H. Factor, LLC is a Florida for-profit limited liability company with its principal place of business in Hialeah, FL.  G.H. Factor, LLC can be served by serving its Registered Agent, Oswaldo Gutierrez at 671 West 18th St., Hialeah, FL 33010.

ddd.     Globe Transportation, Inc. is an Illinois for-profit corporation with its principal place of business in Palatine, IL.  Globe Transportation, Inc. can be served by serving its Registered Agent Mominov Bakhtierzhon at 5614 N. Jersey Ave., Apt. 3N, Chicago, IL 60659.

eee.     Goldway Transport LLC is a Florida for-profit limited liability company with its principal place of business in Miami, FL, claiming through Summar Financial LLC, who is also a named Defendant in Interpleader in this matter.  Goldway Transport

LLC can be served by serving its Registered Agent, Rodolfo Toledo, Sr. at 8241 SW 107th Ave., Apt. B, Miami, FL 33173.

fff.    Ground Xpress LLC is an Ohio for-profit limited liability company with its principal place of business in Columbus, OK, claiming through WEX Capital LLC, who is also a named Defendant in Interpleader in this matter.  Ground Xpress LLC can be served by serving its Registered Agent, Abdikani Hassan at 2999 E. Dublin Granville Rd., Ste. 216, Columbus, OK 43231.

ggg.    GTS Transportation Corporation is an Illinois for-profit corporation with its principal place of business in Burr Ridge, IL.  GTS Transportation Corporation can be served by serving its Registered Agent, Tomas Stirbys at 7545 S. Madison St., Burr Ridge, IL 60527.

hhh.    Gulfstream Logistics, Inc. is an Illinois for-profit corporation with its principal place of business in Des Plaines, IL.  Gulfstream Logistics, Inc. can be served by serving its Registered Agent, Roman Ryabyy at 1645 S. River Rd., Ste.18, Des Plaines, IL 60018.

iii.    H & L Logistic Inc. is a California for-profit corporation with its principal place of business in South El Monte, CA, claiming through FleetOne, L.L.C., who is also a named Defendant in Interpleader in this matter.  H & L Logistic Inc. can be served by serving its Registered Agent, He Xu at 5 Aria St., South El Monte, CA  91733.

jjj.    HB Logistics is a California for-profit corporation with its principal place of business in Sacramento, CA.  HB Logistics can be served by serving its Registered Agent, Harry Bagdikian at 980 9th Street, 16th Floor, Sacramento, CA 95814.

kkk.    Hero Transport LLC is an Illinois for-profit limited liability company with its principal place of business in Lyons, IL, claiming through Capital Depot Inc., who is also a named Defendant in Interpleader in this matter. Hero Transport LLC can be served by serving its Registered Agent, James Passarelli at 2715 N. Thatcher Ave., River Grove, IL 60171.

lll.    High Power Logistics Corp. is a Florida for-profit corporation with its principal place of business in Kissimmee, FL.  High Power Logistics Corp. can be served by serving its Registered Agent, Rodriguez Reynelba at 1125 Palmway St., Kissimmee, FL 34744.

mmm. Highway Hauling Express Inc is a New Jersey for-profit corporation with its principal place of business in Edison, NJ, claiming through Quick Freight Factor Inc., who is also a named Defendant in Interpleader in this matter. Highway Hauling Express Inc can be served by serving its Registered Agent, Inderjit Singh at 37 Emerson Ave., Jersey City, NJ 07306.

nnn.    HK Trucking LLC is a Texas for-profit limited liability company with its principal place of business in Schertz, TX, claiming through RTS Financial Service, Inc., who is also a named Defendant in Interpleader in this matter.  HK Trucking LLC can be served by serving its Registered Agent, Haziel Hernandez at 15714 Fair Ln., Selma, TX 78154.

ooo.    I&I Brothers Express LLC is a California for-profit limited liability company with its principal place of business in Sacramento, CA, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this

matter. I&I Brothers Express LLC can be served by serving its Registered Agent, Serge Mysin at 970 Reserve Dr., #205, Roseville, CA 95678.

ppp.    Interland Inc. is an Illinois for-profit corporation with its principal place of business in Romeoville, IL, claiming through RTS Financial Service, Inc., who is also a named Defendant in Interpleader in this matter. Interland Inc. can be served by serving its Registered Agent, Erika Packevicius at 1305 Lakeside Dr., Unit 1, Romeoville, IL 60446.

qqq.    J&G New Transportation Inc. is a North Carolina for-profit corporation with its principal place of business in Reidsville, NC, claiming through BC Factoring LLC dba Bridge Capital Business Service, who is also a named Defendant in Interpleader in this matter. J&G New Transportation Inc. can be served by serving its Registered Agent, Julian Goldman at 136 Jett Drive, Reidsville, NC 27320.

rrr.    Jarrell's Moving & Transport Inc. is an Ohio for-profit corporation with its principal place of business in Medina, OH. Jarrell's Moving & Transport Inc. can be served by serving its Registered Agent, Robert S. Zufra at 6418 Highland Green Dr., Medina, OH 44256.

sss.    Jot Carrier LLC is a Texas for-profit limited liability company with its principal place of business in Cypress, TX, claiming through eCapital Freight Factoring (East) Corp., who is also a named Defendant in Interpleader in this matter. Jot Carrier LLC can be served by serving its Registered Agent, Karnail S. Dhillon at 19214 Greenview Glen Drive, Cypress, TX 77433.

ttt.    JRD Transportation, Inc. is an Ohio for-profit corporation with its principal place of business in Columbus, OH. JRD Transportation, Inc. can be served by serving its

Registered Agent, James Holmuradov at 1391 W. 5th Ave., Mailbox 438, Columbus, OH 43212.

uuu.     Majewski Transportation LLC is a Texas for-profit limited liability company with its principal place of business in Houston, TX, claiming through CoreLogic Credco, LLC, who is also a named Defendant in Interpleader in this matter.  Majewski Transportation LLC can be served by serving its Registered Agent, Paracorp Incorporated at 14001 W. Hwy 29, Suite 102, Liberty Hill, TX 78642.

vvv.     Mercury Logistics, Inc. is an Illinois for-profit corporation with its principal place of business in Elgin, IL, claiming through CFS, Inc. dba ComFreight Haulpay, who is also a named Defendant in Interpleader in this matter. Mercury Logistics, Inc. can be served by serving its Registered Agent, Kaya Mhango at 619 Trails End, Elgin, IL 60124.

www. Miljanovic Trucking, Inc. is an Illinois for-profit corporation with its principal place of business in Bridgeview, IL, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter.  Miljanovic Trucking, Inc. can be served by serving its Registered Agent, IRP Express, Inc. at 7263 S. Harlem Ave., Bridgeview, IL 60455.

xxx.     MJ Logistic LLC is a Missouri for-profit limited liability company with its principal place of business in Kansas City, MO, claiming through Aladdin Financial, Inc., who is also a named Defendant in Interpleader in this matter.  MJ Logistic LLC can be served by serving its Registered Agent, Abdurazaq Abdi at 615 Park Ave., Kansas City, MO 64124.

yyy.     Muzom Transportation Inc. is an Illinois for-profit corporation with its principal place of business in Aurora, IL, claiming through Baxter Bailey & Associates,

Inc., who is also a named Defendant in Interpleader in this matter. Muzom Transportation Inc. can be served by serving its Registered Agent, Muzaffar Sufikhujaev at 4255 Westbrook Dr., Unit 225B, Aurora, IL 60504.

zzz.    Navigation Global LLC is an Illinois for-profit limited liability company with its principal place of business in Addison, IL, claiming through Alexander, Winton & Associates, Inc., who is also a named Defendant in Interpleader in this matter. Navigation Global LLC can be served by serving its Registered Agent, Dimitar Simeonov at 1600 W. Lake Street, Ste. 103B-117, Addison, IL 60101.

aaaa.    Neighbors Logistics LLC is an Indiana for-profit limited liability company with its principal place of business in South Bend, IN, claiming through TRU Funding, LLC, who is also a named Defendant in Interpleader in this matter. Neighbors Logistics LLC can be served by serving its Registered Agent, Milos Stojiljkovic at 1251 N. Eddy St., Ste. 200, South Bend, IN, 46617.

bbbb.    Oak Hill Capital Corp. dba Four Winds Capital Group is a New Jersey for-profit corporation with its principal place of business in Red Bank, NJ. Oak Hill Capital Corp. dba Four Winds Capital Group can be served by serving its Registered Agent, Steven Tufaro at 44 Apple Street, Tinton Falls, NJ 07724.

cccc.    One Golden Way Inc. is a California for-profit corporation with its principal place of business in Upland, CA. One Golden Way Inc. can be served by serving its Registered Agent, Mikayel Mkrtchyan at 966 W. Arrow Hwy., Unit D., Upland, CA 91786.

dddd.    Overseas Trucking USA, LLC is a Texas for-profit limited liability company with its principal place of business in Laredo, TX. Overseas Trucking USA, LLC

can be served by serving its Registered Agent, Perla I. Hernandez Sanchez at 14401 Export Rd., Laredo, TX 78045.

eeee.    Phoenix Capital Group, LLC is a Texas for-profit limited liability company with its principal place of business in Austin, TX.  Phoenix Capital Group, LLC can be served by serving its Registered Agent, Meg Roberson at 5000 Plaza on the Lake, Suite 120, Austin, TX 78746.

ffff.    Quality Logistics, Inc. is a South Carolina for-profit corporation with its principal place of business in Greenville, SC.  Quality Logistics, Inc. can be served by serving its Registered Agent, Christopher A. Levato at 2131 Woodruff Rd., Ste. 2100-182, Greenville, SC 29607.

gggg.    Quick Freight Factor Inc. is a New Jersey for-profit corporation with its principal place of business in Iselin, NJ.  Quick Freight Factor Inc. can be served by serving its Registered Agent, Sukhminder Kaur at 101 Hudson St., Suite 1702, Jersey City, NJ 07302.

hhhh.    Remick Truck Lines Inc is a California for-profit corporation with its principal place of business in Glendale, CA.  Remick Truck Lines Inc can be served by serving its Registered Agent, Andranik Ambarchyan at 501 W. Glenoaks Blvd., Unit 227, Glendale, CA 91202.

iiii.    RG Capital Group, Inc. is a California for-profit corporation with its principal place of business in North Hollywood, CA.  RG Capital Group, Inc. can be served by serving its Registered Agent, Robert Gamil at 6123 Morella Ave., North Hollywood, CA 91606.

jjjj.    Rise Trucking Inc. is a California for-profit corporation with its principal place of business in Clovis, CA, claiming through WEX Capital LLC, who is also a named Defendant in Interpleader in this matter. Rise Trucking Inc. can be served by serving its Registered Agent, Neeraj Mandhan at 1304 Soledad Ave., Clovis, CA 93619.

kkkk.   RPM Trucking LLC is a New Jersey for-profit limited liability company with its principal place of business in Carteret, NJ, claiming through Firstline Funding Group, who is also a named Defendant in Interpleader in this matter. RPM Trucking LLC can be served by serving its Registered Agent, Buta Singh Bhatti at 66 Jackson Ave., Carteret, NJ 07008.

llll.    RTS Financial Service, Inc. is a Kansas for-profit corporation with its principal place of business in Overland Park, KS. RTS Financial Service, Inc. can be served by serving its Registered Agent, Corporation Service Company at 2900 SW Wanamaker Drive Suite 204, Topeka, KS 66614.

mmmm.     SDS Transportation, LLC is a North Carolina for-profit limited liability company with its principal place of business in Charlotte, NC, claiming through eCapital Freight Factoring (East) Corp., who is also a named Defendant in Interpleader in this matter. SDS Transportation, LLC can be served by serving its Registered Agent, Tashey R. Little at 3408 N Graham St., Charlotte, NC 28206.

nnnn.   Shama Express, LLC is an Ohio for-profit limited liability company with its principal place of business in Grafton, OH, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. Shama Express, LLC can be served by serving its Registered Agent, Mafil Askarov at 1014 Commerce Dr., Grafton, OH 44044.

oooo.  Sherlandexpress Inc. is a Connecticut for-profit corporation with its principal place of business in Hartford, CT.  Sherlandexpress Inc. can be served by serving its Registered Agent, Shane Gordon at 281 Sargent St., Hartford, CT 06105.

pppp.  Smart Navigator, LLC is an Oregon for-profit limited liability company with its principal place of business in Gresham, OR. Smart Navigator, LLC can be served by serving its Registered Agent, Marian Kudryk at 3345 SW Miller Place, Gresham, OR 97080.

qqqq.  SMH Trans Inc. is a California for-profit corporation with its principal place of business in Glendale, CA. SMH Trans Inc. can be served by serving its Registered Agent, Arsen Hayrapetyan at 1030 Thompson Ave., Apt. 8, Glendale, CA 91201.

rrrr.  Southway Carriers, Inc. is an Illinois for-profit corporation with its principal place of business in Oswego, IL, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. Southway Carriers, Inc. can be served by serving its Registered Agent, Alex Imbronjev at 205 Redding Ct., Oswego, IL 60543.

ssss.  SPM Group LLC is a North Carolina for-profit limited liability company with its principal place of business in Arden, NC, claiming through WEX Capital LLC, who is also a named Defendant in Interpleader in this matter.  SPM Group LLC can be served by serving its Registered Agent, Mauricio Luis Prieto at 231 Greenville Ave., #305, Arden, NC 28704.

tttt.  Summar Financial LLC is a Florida for-profit limited liability company with its principal place of business in Miami, FL. Summar Financial LLC can be served by serving its Registered Agent, Alvaro J. Otoya at 2299 SW 27 Ave., Miami, FL 33145.

uuuu.   Super Service Carriers, LLC is a Texas for-profit limited liability company with its principal place of business in Arlington, TX, claiming through T Bancshares, Inc. fka Integra Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter.  Super Service Carriers, LLC can be served by serving its Registered Agent, United States Corporation Agents, Inc. at 9900 Spectrum Drive, Austin, TX 78717.

vvvv.   Syrway Inc is a New York for-profit corporation with its principal place of business in Syracuse, NY. Syrway Inc can be served by serving its Registered Agent, Vasiliy Gritsyuta at 311 Gillespie Ave., Syracuse, NY 13219.

wwww.      T Bancshares, Inc. fka Integra Funding Solutions, LLC is a Texas for-profit corporation with its principal place of business in Dallas, TX. T Bancshares, Inc. fka Integra Funding Solutions, LLC can be served by serving its Registered Agent, Patrick Howard at 16200 Dallas Parkway, Suite 190, Dallas, TX 75248.

xxxx.   Taino Logistics LLC is a Florida for-profit limited liability company with its principal place of business in Jacksonville, FL. Taino Logistics LLC can be served by serving its Registered Agent, Lester Delgado De La Torre at 4625 Solandra Cir. E., Jacksonville, FL 32210.

yyyy.   Tana Logistics LLC is a Nevada for-profit limited liability company with its principal place of business in Las Vegas, NV, claiming through Baxter Bailey & Associates, Inc., who is also a named Defendant in Interpleader in this matter.  Tana Logistics LLC can be served by serving its Registered Agent, Danat Gebremesdhin Gebremesikel at 7866 Tidal Pool Ct., Las Vegas, NV 89139.

zzzz.    Tetra Capital, LLC is a Utah for-profit limited liability company with its principal place of business in Draper, UT. Tetra Capital, LLC can be served by serving its Registered Agent, Jeremy Robison at 11645 S. 700 E., Ste. 100, Draper, UT 84020.

aaaaa.    Thunder Carrier Services, LLC is a California for-profit limited liability company with its principal place of business in Carlsbad, CA.  Thunder Carrier Services, LLC can be served by serving its Registered Agent, Laura Branson at 2433 Impala Dr., Suite A, Carlsbad, CA 92010.

bbbbb.  TJSL Transportation is a California for-profit corporation with its principal place of business in Arcadia, CA, claiming through eCapital Freight Factoring (East) Corp., who is also a named Defendant in Interpleader in this matter.  TJSL Transportation can be served by serving its Registered Agent, Jiannan Tang at 288 E. Live Oak Ave., Ste. A # 227, Arcadia, CA 91006.

ccccc.  Top Line Trucking Inc. is an Illinois for-profit corporation with its principal place of business in Burr Ridge, IL, claiming through Compass Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter.  Top Line Trucking Inc. can be served by serving its Registered Agent, Nikola Vucelic at 475 S. Frontage Rd., Burr Ridge, IL 60527.

ddddd.  TransCredit, Inc. is a Florida for-profit corporation with its principal place of business in Jacksonville, FL.  TransCredit, Inc. can be served by serving its Registered Agent, Bethelia Martha Francis at 1309 St. Johns Bluff Road N., Ste. 103, Jacksonville, FL 32225.

eeeee.  Transnational Freight Inc. is an Illinois for-profit corporation with its principal place of business in Park Ridge, IL, claiming through Baxter Bailey & Associates,

Inc., who is also a named Defendant in Interpleader in this matter. Transnational Freight Inc. can be served by serving its Registered Agent, Olha Mormul at 700 Busse Hwy., Park Ridge, IL 60068.

fffff.  Treadstone Capital LLC is a Georgia for-profit limited liability company with its principal place of business in Marietta, GA. Treadstone Capital LLC can be served by serving its Registered Agent, Kevin Thompson at 1640 Powers Ferry Rd. SE Building 3, Suite 200, Marietta, GA, 30067.

ggggg. TRU Funding, LLC is an Illinois for-profit limited liability company with its principal place of business in McCook, IL. TRU Funding, LLC can be served by serving its Registered Agent, Igor Bozic at 9550 Sergo Dr., Unit 104, McCook, IL 60525.

hhhhh. Turon Trans LLC is an Ohio for-profit limited liability company with its principal place of business in Lebanon, OH, claiming through TransCredit, Inc., who is also a named Defendant in Interpleader in this matter. Turon Trans LLC can be served by serving its Registered Agent, Alisher Jumaev at 442 Lake Haven Ct., Lebanon, OH 45036.

iiiii.  Union Trans, Inc. is an Illinois for-profit corporation with its principal place of business in Mokena, IL, claiming through WEX Capital LLC, who is also a named Defendant in Interpleader in this matter. Union Trans, Inc. can be served by serving its Registered Agent, Sobirjon Asliev at 18762 S. Burnside Station Dr., Mokena, IL 60448.

jjjjj.  United Diesel LLC is a Texas for-profit limited liability company with its principal place of business in Houston, TX, claiming through eCapital Freight Factoring (East) Corp., who is also a named Defendant in Interpleader in this matter. United Diesel LLC can be served by serving its Registered Agent, Mehrdad Esmaeilian, Sr. at 8791 Hammerly Blvd., Apt 174, Houston, TX 77080.

kkkkk. United Trans Logistics, Inc. is an Illinois for-profit corporation with its principal place of business in Peru, IL. United Trans Logistics, Inc. can be served by serving its Registered Agent, Oleg Satulov at 4110 Progressive Blvd., Ste. 1A, Peru, IL 61354.

lllll. Universal Ways Corp. is an Illinois for-profit corporation with its principal place of business in East Dundee, IL, claiming through T Bancshares, Inc. fka Integra Funding Solutions, LLC, who is also a named Defendant in Interpleader in this matter. Universal Ways Corp. can be served by serving its Registered Agent, Oleh Marchak at 1141 E. Main St., Ste. 206, East Dundee, IL 60118.

mmmmm. US National Carrier Inc. is a Florida for-profit corporation with its principal place of business in Miami, FL, claiming through G.H. Factor, LLC, who is also a named Defendant in Interpleader in this matter. US National Carrier Inc. can be served by serving its Registered Agent, Julian Diaz, Sr. at 5084 NW 74 Ave., Miami, FL 33166.

nnnnn. US Transportation Inc. is a California for-profit corporation with its principal place of business in Lodi, CA, claiming through Baxter Bailey & Associates, Inc. and Capital Depot Inc., who are also named Defendants in Interpleader in this matter. US Transportation Inc. can be served by serving its Registered Agent, Usman Ghani at 619 Pole Line Rd., Davis, CA 95618.

ooooo. W&D Transportation Inc. is a California for-profit corporation with its principal place of business in Roland Height, CA, claiming through Baxter Bailey & Associates, Inc., who is also a named Defendant in Interpleader in this matter. W&D Transportation Inc. can be served by serving its Registered Agent, Pengchong Wang at 18351 Colima Rd., 698, Rowland Height, CA 91748.

ppppp. Warriors Transport Inc. is a Texas for-profit corporation with its principal place of business in Laredo, TX, claiming through WEX Capital LLC, who is also a named Defendant in Interpleader in this matter. Warriors Transport Inc. can be served by serving its Registered Agent, Jose M. Valdez at 1401 Guatemozin Street, Laredo, TX 78040.

qqqqq. WEX Capital LLC is a Tennessee for-profit limited liability company with its principal place of business in Antioch, TN. WEX Capital LLC can be served by serving its Registered Agent, Corporation Service Company at 2908 Poston Ave., Nashville, TN 37203.

rrrrr. Y Castillo Trucks, LLC is a Florida for-profit limited liability company with its principal place of business in Tampa, FL, claiming through G.H. Factor, LLC, who is also a named Defendant in Interpleader in this matter. Y Castillo Trucks, LLC can be served by serving its Registered Agent, Alexis Alvarez at 6522 Johns Rd., Tampa, FL 33634.

sssss. YLM Logistics Incorporated is an Illinois for-profit corporation with its principal place of business in Roselle, IL. YLM Logistics Incorporated can be served by serving its Registered Agent, Lyubomyr Yuzyshyn at 3238 Home Ave., Apt. G2, Berwyn, IL 60402.

ttttt. ZM Transport LLC is an Arizona for-profit limited liability company with its principal place of business in Phoenix, AZ, claiming through Capital Depot Inc., who is also a named Defendant in Interpleader in this matter. ZM Transport LLC can be served by serving its Registered Agent, Uros Miskovic at 1920 E Bell Rd., Unit 1106, Phoenix, AZ 85022.

uuuuu. ZM Trucking LLC is an Arizona for-profit limited liability company with its principal place of business in Phoenix, AZ, claiming through Capital Depot Inc., who is also a named Defendant in Interpleader in this matter. ZM Trucking LLC can be served by serving its Registered Agent, Zoran Miskovic at 21440 N. 33rd Dr., Phoenix, AZ 85027.

4. On information and belief, there are other unknown or potential defendants that have not yet asserted claims or are unknown. Does 1-50 are the fictious names of those defendants. When, and if, such defendants are ascertained, Gray will amend this Complaint by inserting true names in place of fictitious names in accordance with Rule 10 of THE FEDERAL RULES OF CIVIL PROCEDURE.

## II.    JURISDICTION AND VENUE

5. This Complaint In Interpleader has been brought under 28 U.S.C. § 1335.

6. Jurisdiction is proper because at least two adverse claimants to the interpleaded funds are of diverse citizenship as defined in 28 U.S.C. § 1332(a) or (d), and the value of the interpleaded funds is more than the $500 minimum requirement.

a. There are several claimants of diverse citizenship. For example, Bayer Trans Inc. is a citizen of Texas for diversity purposes and Asquare Freight, Inc. is a citizen of Illinois for diversity purposes.

b. The value of the interpleaded funds is $75,000.00, which Gray is ready, willing, and able to deposit into the registry of this Court.

7. Venue is proper under 28 U.S.C. § 1397, which allows an action for interpleader to be brought in the judicial district in which one or more of the claimants reside.

a.      Bayer Trans, Inc. as a claimant to the interpleaded funds, maintains a principal place of business in Irving, Texas, which is in the Northern District of Texas, Dallas Division.

### III.     STATEMENT OF INTERPLEADER ACTION

8.      In support of this Complaint In Interpleader, Gray states as follows:

9.      On or around, October 5, 2020, Gray wrote Bond No. GSC0600347, a Broker's or Freight Forwarder's Surety Bond, under 49 U.S.C. § 13906 on behalf of TGX Logistics Inc. and in favor of the United States of America (the "Freight Bond").

10.     The Freight Bond was effective until October 4, 2021, on which date it was cancelled.

11.     The penal sum of the Freight Bond is $75,000.00.

12.     However, as of the filing of this Petition, one hundred twenty-five (125) claimants, who have been made defendants in interpleader herein, have made multiple claims against the Bonds that currently total at least $582,125.00.

13.     Claimants' interests in the interpleaded funds are adverse and independent.

14.     Because Gray faces claims in excess of the Bonds' aggregate penal sum and has a good-faith fear of multiple liability because of these adverse claims, Gray is ready, willing, and able to deposit the aggregate penal sum of the Freight Bond, $75,000.00, into the registry of this Court and files this Complaint In Interpleader under 28 U.S.C. § 1335, so that these interpleaded funds may be properly distributed to satisfy all valid claims on a pro rata basis.

15.     Gray has timely filed this interpleader action after receiving notice of multiple claims.

16.     Gray, as a disinterested stakeholder, is authorized to recover its reasonable and necessary attorneys' fees and costs from the interpleaded funds. *See Rhoades v. Casey*, 196 F.3d 592, 602 (5th Cir. 1999) (citing *Corrigan Dispatch Co. v. Casa Guzman S.A.*, 696 F.2d 359, 364 (5th Cir. 1983); *Phillips Petroleum Co. v. Hazlewood*, 534 F.2d 61, 63 (5th Cir. 1976)).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff The Gray Casualty & Surety Company respectfully requests that this Court issue service of process requiring all claimants to interplead in this case all of their claims to the interpleaded funds of this Court; and enter judgment as follows:

1.     Permitting Gray to deposit the penal sum of the Bond into the Court or as this Court otherwise directs to be subject to the order of this Court;

2.     Relieving and discharging Gray from any and all liability relating to or concerning any claim that might arise in connection with the interpleaded funds;

3.     Enjoining each of the claimants from demanding or instituting any and all actions against Gray related to the interpleaded funds;

4.     Awarding Gray its reasonable costs and attorney's fees, disbursements and allowances incurred in connection with this action out of the interpleaded funds or otherwise; and

5.     Awarding Gray any other and further relief that this Court deems just and proper.

Respectfully submitted,

**KREBS FARLEY & DRY, PLLC**

By: */s/ Steven K. Cannon*
Steven K. Cannon
State Bar No. 24086997
James D. Ewing
State Bar No. 24110821
909 18th Street
Plano, TX 75074
(972) 737-2517 Telephone
(972) 737-2543 Facsimile
scannon@krebsfarley.com

jewing@krebsfarley.com

**ATTORNEYS FOR THE GRAY CASUALTY & SURETY COMPANY**